JOSHUA S. GOODMAN - State Bar #116576
JAMES F. HETHERINGTON – State Bar #151331
ANEIKO L. HICKERSON – State Bar #223567
JENKINS GOODMAN NEUMAN & HAMILTON LLP
100 Oceangate, Suite 1200
Long Beach, California 90802
Telephone: (213) 416-6298
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

RONNIE BURNS, an Individual,

    Plaintiff,

vs.

THE HOME DEPOT U.S.A., INC.; a California Corporation, and DOES 1-20,

    Defendants.

Case No. CV10 01195-SVW(CWX)

[~~PROPOSED~~] JUDGMENT

TRIAL DATE: July 20, 2010

This matter was tried in Department 6 of this Court, the Honorable Stephen V. Wilson presiding, on July 20, 2010. The matter was tried to verdict in favor of Defendant HOME DEPOT U.S.A., INC.

**The Court hereby awards judgment in favor of Defendant HOME DEPOT U.S.A., INC. and against Plaintiff RONNIE BURNS, and awards costs to Defendant.**

Dated: 12/17/10

_____
The Honorable Stephen V. Wilson
United States District Judge

///

-1-

[PROPOSED] JUDGMENT